# WARRANT OF ARREST – FELONY

COMMONWEALTH OF VIRGINIA  Va. Code § 19.2-71, -72

CASE NO. 2019257-0069

Fairfax
CITY OR COUNTY

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

ACCUSED:

Strasburg, William Joseph
LAST NAME, FIRST NAME, MIDDLE NAME

10741 Marlbrough Road
ADDRESS/LOCATION

Fairfax, VA 22032

TSD: 9/23/19

10/29/19 2pm
Hearing Date/Time

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 09/14/2019 did unlawfully and feloniously in violation of Section 18.2-26/18.2-51, Code of Virginia:

attempt to maliciously cause bodily injury to Lieske, John with the intent to maim, disfigure, disable, or kill.

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | 10/10/1972 | 5' 10" | 220 | GRN | BRO |

SSN

D.L.# T68140556     STATE VA

[ ] Commercial Driver's License

CLASS 5  FELONY

[X] EXECUTED by arresting the Accused named above on this day:

9/17/19   0843
DATE AND TIME OF SERVICE

THORNTON , Arresting Officer

308379  FFX CoPD/029
BADGE NO., AGENCY AND JURISDICTION

for ................................................
SHERIFF

Attorney for the Accused:

RECEIVED SEP 14 2019 BY: [signature]

2019057323

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Klier, S.R., II   337303   Fairfax County PD
..................................., Complainant.

**CCRE/Fingerprinting Required**

09/14/2019 12:24 PM
DATE AND TIME ISSUED

[signature] [ ] CLERK  [x] MAGISTRATE  [ ] JUDGE
Marla McCormick

TAKE BUCCAL SAMPLE IF LIDS SHOWS NO DNA SAMPLE IN DATA BANK
FORM DC-312 (MASTER, PAGE ONE OF TWO) 10/13

Check if sample previously taken: ____  Check if sample taken for this arrest: X

Short Offense Description (not a legal definition):
**MALICIOUS BODILY INJURY Attempt**

Offense Tracking Number:
**059GM1900056948**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **ASL-1334-A3**

FELONY

**COMMONWEALTH OF VIRGINIA**

Fairfax
CITY OR COUNTY

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 09/14/2019 did unlawfully and feloniously in violation of Section

**46.2-894**, Code of Virginia:

while having been the driver of a vehicle involved in an accident in which an attended vehicle or other attended property was damaged, fail to immediately stop as close to the scene of the accident as possible without obstructing traffic. The damage to the attended vehicle or other property was more than $1000.00.

FILED CRIMINAL
2019 OCT 30 AM 9:58
JOHN T. FREY
CLERK-CIRCUIT COURT
FAIRFAX, VA.

RECEIVED SEP 14 2019
BY: 3/3

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Klier, S.R., II   337303   Fairfax County PD
_____, Complainant.

**CCRE/Fingerprinting Required**

09/14/2019 12:25 PM
DATE AND TIME ISSUED

[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE
Marla McCormick

FORM DC-312 (MASTER, PAGE ONE OF TWO) 10/13

---

**F**

ACCUSED:

**Strasburg, William Joseph**
LAST NAME, FIRST NAME, MIDDLE NAME

**10741 Marlbrough Road**
ADDRESS/LOCATION

**Fairfax, VA 22032**

10/29/19 2
Hearing Date/Time

SAD 9-23-19

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | 10/10/1972 | 5' 10" | 220 | GRN | BRO |

SSN: [redacted]

| D.L.# | STATE |
|---|---|
| T68140556 | VA |

[ ] Commercial Driver's License

**CLASS 5   FELONY**

[x] EXECUTED by arresting the Accused named above on this day:

9/17/19   0845
DATE AND TIME OF SERVICE

THORNTON, Arresting Officer

308329   FFX Co PD / 029
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused: _____

Short Offense Description (not a legal definition):
**HIT&RUN ATTENDED: FAIL TO STOP; >1000**

Offense Tracking Number:
**059GM1900056949**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **HIT-6604-F5**

**FELONY**

# WARRANT OF ARREST – FELONY

COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

CASE NO. GC919189464

**F**

Fairfax
CITY OR COUNTY

[x] General District Court   [x] Criminal   [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

ACCUSED:

Strasburg, William Joseph
LAST NAME, FIRST NAME, MIDDLE NAME

10741 Marlbrough Road
ADDRESS/LOCATION

Fairfax, VA 22032

10/29/19 2pm
Hearing Date/Time

JAD 9-23-19

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 09/14/2019 did unlawfully and feloniously in violation of Section 18.2-137 ........., Code of Virginia:

intentionally destroy, deface, or damage Honda Accord, belonging to Lieske, John, with the value of, or damage to, such property being $1,000.00 or more.

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | 10/10/1972 | 5' 10" | 220 | GRN | BRO |

SSN: [redacted]

| D.L.# | STATE |
|---|---|
| T68140556 | VA |

[ ] Commercial Driver's License

**CLASS 6   FELONY**

[x] EXECUTED by arresting the Accused named above on this day:

9/17/19   0845
DATE AND TIME OF SERVICE

THORNTON, Arresting Officer

308379  FFX CO PD
BADGE NO., AGENCY AND JURISDICTION

for .................................................. SHERIFF

Attorney for the Accused:

FILED CRIMINAL
2019 OCT 30 AM 9:57
JOHN T. FREY
CLERK CIRCUIT COURT
FAIRFAX, VA

RECEIVED SEP 14 2019 BY: 2/3

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Klier, S.R., II   337303   Fairfax County PD ..........., Complainant.

**CCRE/Fingerprinting Required**

09/14/2019 12:26 PM
DATE AND TIME ISSUED

[ ] CLERK   [x] MAGISTRATE   [ ] JUDGE
Marla McCormick

FORM DC-312 (MASTER, PAGE ONE OF TWO) 10/13

Short Offense Description (not a legal definition):
**MONUMENT: INTENTIONAL DAMAGE, VALUE >=$1000**

Offense Tracking Number:
**059GM1900056950**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **VAN-2956-F6**

**FELONY**

Feb 21, 2020

Qui Legit:

Regarding the matter of WILLIAM JOSEPH STRASBURG, 10/10/1972, petition to hear the case outside of the jurisdiction of Fairfax County:

Foremost is the fact that bond for Mr. Strasburg should have been granted upon his arrival at the Fairfax County Detention Center the morning of September 17, 2019. At that time, he had not even been made aware of the charges, just that there was a warrant out for his arrest.

Bond was refused on many occasions without due cause. One judge refused bond because the defendant spoke on his own behalf since his lawyer failed to show up. Bond was refused because prosecutors brought up matters from the past which had been adjudicated. The prosecutors, however, presented the matters as being problematic at this time.

When bond had still not been granted three days later, on the morning of Sept 19, Fairfax County refused to transport the defendant to his trial in Stafford. Then his failure to appear for the Stafford trial was used as a reason to deny him bail on future occasions.

Prosecutors have misrepresented facts making the defendant appear to be dangerous due to his owning varmint guns used on the family farm (scare off coyotes who kill the chickens).

Police have decided that his political views present a problem, and thus find ways to harass Mr. Strasburg even though his conduct is within the law. For example, he lives within 30 miles of the family farm, thus farm tags are valid. Police continually harassed him regarding his tags, and on one occasion came on to our property and removed his license plate. Prosecutor was overheard to say that even though the defendant was not guilty of the matters in question, they would manipulate issues to keep him incarcerated.

Law officials continually have the attitude that they will "show him who's boss". He is not meek enough, not deferent enough, not apologetic enough, and not submissive enough to suit them and their egos. As a result they do what they can to "get even".

One of the lawyers paid to represent Mr. Strasburg, failed to disclose to him that he had lost his license. He then failed to show up for hearings, and failed to give good representation.

On two occasions, the defendant's lawyers failed to realize that they were already defending a person, Richard Kim, who had initially lied to police about defendant causing a warrant to be put out for his arrest. On each occasion Mr. Strasburg had had to wait a significant time for the bond hearing to even take place, then the hearing was postponed minutes beforehand because each lawyer had to excuse herself.

Communication between Mr. Strasburg and others who are attempting to help with his case, was continually impeded. Lawyers are given limited hours to reach their clients. Others are unable to pass paperwork, documents, etc. to the inmates.

Mr. Strasburg is not allowed to file papers on his own behalf in many cases. On occasion he is allowed to do so; however, the paperwork is delayed unnecessarily, days and weeks.

In the matter at hand: getting hit by a car attempting to go around him while he was parking in his own driveway, the charges were filed by a neighbor who himself is a lawyer.

For these and many other reasons, we petition to have this case tried outside the jurisdiction of Fairfax County.

On a number of occasions Mr. Strasburg was placed in solitary or in segregation which included not being able to talk with or visit with parents or others. A few days after being arrested he took a milk container and bread from the breakfast room to eat later in the day. He was accused of having contraband in his cell and put into solitary. Also, notes he attempted to write with a pencil stub allowed to him, were also confiscated.

Often certain "rules" are cited as being the reason for the abusive treatment that Mr. Strasburg receives. Yet the so-called rules are NOT written, not explained, and often quite arbitrary.

For some as yet unknown reason, Mr. Strasburg was placed on the FBI's Domestic Terrorist Watch List. No reasons have been given, and no opportunity to dispute the matter. Simply another case of prejudicial behavior on the part of the officials involved.

The prejudicial behavior on the part of police has been an ongoing matter for years. On one occasion, Mr. Strasburg was pulled over and his truck was towed even though he had a three day truck transport ticket. He was returning home from the tow yard after the same officer had towed his vehicle just two days earlier.

Because of the inappropriate actions of officials, especially during his 97 days of incarceration before being granted bond, Mr. Strasburg has lost his office in Woodbridge, lost his status as District Manager, lost his staff of people who had to align with other managers in order to continue to work, lost his income and thus ability to pay for food, shelter, and continued lawyers. Knowing that this treatment has been unfair, Fairfax county MUST find Mr. Strasburg guilty or risk his subsequent lawsuit for unfair treatment. As such they are almost certain to find him guilty regardless of the quality of his representation, of the facts in the case or of any other matters that would show his innocence in regard to the charges by lawyer John Lieske and Fairfax County Police department.

*[signature: Catherine M Strasburg]*

CATHERINE M STRASBURG

<a>
</a>



# OUT OF CONTROL

### An informal history of the Fairfax County Police

**Predator-** pred·a·tor (prd-tr, -tôr) n. 1. An organism that lives by preying on other organisms. 2. One that victimizes, plunders, or destroys, especially for one's own gain. Latin praedtor, pillager, from praedr, to plunder

The Fairfax County Police, who rank among the best-paid police officers in the world are a dangerous, predatory, and menacing occupying force. Seventy percent of the department's 1,431 officers live outside the county. Their questionable use of excessive and deadly force has made them a target of a US Department of Justice investigation.

They have repeatedly shown discriminatory patterns of arrest among people of color and the young, although everyone is potential prey for a police force that regularly uses harassment and aggressive and overly harsh enforcement of petty offenses. There is chronic verbal abuse of citizens and half-hearted investigations for crimes that don't bring glory to the police. Additionally, overreaction by the cops is a chronic problem.

They use outmoded and abusive practices largely because they get away with it so they don't change. In fact the only thing that seems to have changed with the department is the enormity of their budget and the increasing numbers of deadly and very questionable shootings they are a party to.

Some of the more vocal activists who favor police oversight have political hatchets to bury and are willing to use the police oversight issue as a means to stay in the game. Grill them on what police oversight means, how it would be achieved, and how it would change things, and they don't have an answer, except that police oversight is the grand magical cure that will fix all the ills of the Fairfax County Police.

Well, oversight won't change a damn thing because it doesn't work. Police oversight boards in virtually every city in America are ineffective, bureaucratic nightmares. In

Fairfax County, an oversight board would be made powerless by a police department that is bizarrely and obsessively secretive and has answered to no one since its inception.

The board of supervisors will never get behind an effective oversight board. They might help create one designed to fail, but never will they allow one that could actually do anything effective. A civilian review board would have to overcome substantial resistance from the cops and political attacks from the elected officials in the county who receive hundreds of "random" political contributions in small amounts from persons associated with the police force.

But, again, police oversight is a generally bad idea. It expects too much from one remedy and it happens after the milk has been spilled. Oversight especially won't remedy the single largest problem with the Fairfax County Police, which is the culture of contempt and entitlement within the police department.

That isn't to say that citizens shouldn't try to reform the Fairfax County Police, they should. Raising questions about abusive and deadly behavior will….eventually…..open up the all-too-secretive and insular world of the police to public scrutiny. And there is nothing the Fairfax County Board of Supervisors can do to protect the cops from a public uprising once it starts to snowball.

It is a matter of getting the snowball started. Some members of the local print media have been diligent, even courageous in reporting the police problem in Fairfax County. Public radio stations have also gotten involved but the electronic media, generally speaking, is nowhere to be found in the mix. However, the local television stations have been very consistent on running hard-hitting feature stories about reporter ride-alongs. And where would we be without that?

The simplest way to get the cops in line and create effective change is to require them to wear body cameras. Equipping squad cars with cameras isn't enough. All across America, cops manage to break the law by keeping their deeds out of the way of car cameras.

Body cameras put an end to "he said, she said".

The punks and the problem cops who now populate the ranks of the Fairfax County Police Force will be gone within a year after cameras are introduced. Not because they'll get caught on film smart mouthing and/or threatening a citizen. They'll quit before they are caught. Lowlife's are survivors and they understand that they lack the intelligence to

keep themselves out of trouble, so they'll leave. Those problem cops who stay will be caught on film within a year or two.

The county pays out millions in suits filed against the cops. To reduce that cost and to effect change, make the cops bond and insure themselves. When they murder another citizen or delve into unlawful behavior under our good name and those actions can be proven in court, let their insurance cover the cost. Why should we pay for their idiocy?

Another way to effect change is to bring in police management from outside the county and fire the current chief of police. He was born and bred in the system and lacks the depth to understand the problems he's created and the poor legacy that he is a part of. He just doesn't get it. Bring in an outsider who isn't married to the concept of running an 18th century police force in the 21st century and watch how quickly the police force shapes up.

An important aspect to reforming the Fairfax County Police is to make all documents public that should be made public. Such a simple thing seems like a given, but the Fairfax County Police Department is one of the most secretive and least transparent law enforcement agencies in the country.

The cops say that releasing records would threaten on-going investigations, endanger officers or others, or invade someone's personal privacy. Fine, let us know when they won't do those things and when the department intends to open them up to the public. But that won't get the records released because it isn't about secrecy at all, it's about accountability. The Fairfax County Police will fight dissemination of records and other information to the public that pays them because in their view it could lead to police accountability.

Simply take away the Fairfax County cops unlawful power to use the "secret" stamp on virtually everything and anything they deal with. As part of that, once a cop has been reprimanded, make the reprimand public, and keep it in his/her file forever. Don't take it out after six months, which is the current policy. Do that...enhance the threat of being fired for bad behavior, and watch how very, very quickly everything changes.

We have a right to know about police firearm discharges, that is, the number of times a cop has fired his or her weapon. We should know who the repeat shooters are. We also have a right to know which cops are involved in the use of physical force.

Nationally, ten percent of the cops accounted for 33.2% of all use of force incidents. Post the incidents and the cops badge number (If the force feels that posting a cops

name could cause a problem) on the internet. The cops who aren't doing anything wrong, shouldn't have anything to worry about.

Do the same thing with cops who have a high rate of citizens' complaints against them. Posting the information on line can act as an early warning system. The Fairfax County Police have, for decades, denied that their personnel are prone to using force inappropriately. Fine, here's an opportunity to support that claim. Post the data. Show us. We pay you, you don't pay us.

Make police reform in Fairfax County a political issue. Activists should find, support and run candidates on a police reform platform and there are more than enough dissatisfied citizens in the county to make police reform a front issue. Do that and watch how very quickly our present elected officials will suddenly understand the need to make changes to the bloated and highly political Fairfax County Police Department.

The solutions to reforming the Fairfax County Police are simple but the department is especially adept at avoiding reform and (understandably) believe that they are an exempt government body unto themselves. Their business is their business, not yours. The dangerous reality is that the Fairfax County Police will more than probably never be reformed. Our elected officials lack the will and the courage to tackle the issue.

The only option that citizens have is to effect change where they can and get ready for the next wave of police abuse; political spying on citizens in the name of national security. No matter what we do to take control of the cops in the county, nothing will stop that next generation of abuse by the Fairfax County Police.

The culture of secrecy, concealed, outdated policies, and departmental inertia, encourages cover-ups by the Fairfax County Police, and breeds the mood of public suspicion that now engulfs the cops. With all of that as it is, the next step of spying on dissident citizens is inevitable, especially now that the Fairfax Police have militarized themselves. It is just a matter of time before they delve into the world of spying on constitutionally protected political and/or religious groups. In fact, it's very likely that the Fairfax County Police have already developed intelligence files on citizens and members of the media who are not suspected of any criminal activity, but have questioned the department's self-imposed status as a special entity that exists beyond the law.

"The history of these kinds of scandals is that cops go right back to acting as they always have when the dust settles, because the pressure they most feel is the pressure to produce results, the constant demand to get the job done." **FBI official**

## OUT OF CONTROL

### An informal history of the Fairfax County Virginia Police

"Let us hear that concern We are not hearing it from anybody except the media, except individual reporters." **Fairfax police representative Mary Ann Jennings on outrage over the killing of David Masters by the Fairfax County Police.**



## OUT OF CONTROL

On June 16, 1987, plainclothes police actually "infiltrated" a high school graduation party in a private home in Vienna, VA. The host's son was a member of Students Against Drunk Driving. The parents who gave the party for their son notified those attending the party with "Please, No Alcohol" signs and brought in at least 25 adults to help monitor the party.

During the party, cops swarmed onto the property while other cops set up a roadblock. One partygoer said, "My mother walked up to the roadblock with my aunt to see if any guests were having problems." A cop told her, "I'm not on your property anymore, you're on my property. Now back off." My aunt tapped her on the shoulder and said, "Let's get out of here," but the cop said, "She's not going anywhere." Then he started giving her sobriety tests, making her touch her nose, making her lean backward until she was almost flat on her back. But she passed. Then he pulled out a breathalyzer and shoved it at her and said, "Blow," while he is pressing all of these buttons. Without showing the results to anybody, he says, "You're under arrest." Then he handcuffed her and took her to jail.

The mistake they made was in notifying the cops in advance and getting a booklet of party tips from them. The cops infiltrated the party and arrested children and adults for drinking. The hosts, who did everything right, pleaded no contest to charges of aiding and abetting the consumption of alcohol by minors.

The raid on the house was apparently pre-planned even though the police said it wasn't. One of the cops on the scene dropped a sheet of paper that indicated that the party -- along with four other gatherings being held in the area that night -- had been targeted

for possible infiltration even before it began. Some cop assigned some students to write 500-word essays, while other officers chose to make arrests.
This actually happened. The cops really did this.
In exchange for the plea, other charges against the hostess were dropped.



### THE DIRTY DANCING PATROL

In April of 1977.....that was 1977 not 1777......the Fairfax County police actually warned people that if they danced on Sundays they would be arrested.
A blue law from 1954 forbids dancing in Fairfax County on Sundays. That month two cops actually walked into a bar at Tysons Corner's Ramada Inn and ordered about 100 people to stop dancing and issued a court summons to the motel.
A police captain actually sent cops around to different establishments in his district to inform bar managers of the ordinance. This actually happened. The cops really did this.



### ARRESTED FOR DRINKING IN A BAR

In December of 2003, the Fairfax County Police went undercover in 20 local bars to arrest people whom they felt were drinking too much. They raided bars in Herndon and Reston on five nights and arrested nine people for public drunkenness. Seven of the nine challenged their arrests.
Daniel Crowley was arrested in a bar in Reston on karaoke night just before Christmas. His crime was drinking six beers. A female undercover cop actually sat near him and counted the drinks.
"I didn't know what was going on," Crowley testified in Fairfax County General District Court. "I'd paid my tab, and I was ready to go home."
Crowley was convicted of being publicly intoxicated and ordered him to perform 25 hours of community service.
Then he was arrested.
"I'm not happy with the way they can walk into a restaurant and do as they please," Crowley said of police. "I don't want to go to places in an atmosphere where you don't know who is who."
Patrons and bar owners alike said that those who were arrested were drinking responsibly and causing no commotion. Crowley and his drinking companions disputed

police testimony that the cops saw Crowley, though the darkened bar, spilling beer in his lap, slurring his speech and having trouble staying upright on his seat.

Under cross-examination from Crowley's attorney, police acknowledged that neither they nor bar patrons had complained that Crowley was acting unruly or meddlesome. They also testified that he did not disobey their orders, even though he declined to submit to a breathalyzer test.

Pat Habib, the designated driver in her dinner party drank one alcoholic drink and then had two sodas. After she finished the second soda, undercover police yanked her outside for a sobriety test. The cops said that they had received a complaint about an unruly blonde woman matching her description. Then she watched as police tested other women looking nothing like her.

Instead of explaining why they were acting like Nazis, the cops actually defended their actions by saying the people they arrested deserved to be arrested. "They drew attention to themselves by their actions," said their spokesperson.

"It does smack of a pending police state if law enforcement is going into establishments to monitor behavior," said Lynne Breaux, executive director of the Metropolitan Washington Restaurant Association.

At Champs, a bar in Reston, general manager Kevin O'Hare described police as "antagonistic".  He said they "pulled" people from their chairs who were making no commotion. "They're always welcome to come in anytime," he said of police. "It's not an issue when they talk to our guests.  But when they actually pull people out of their seats, it is an issue.  When it's borderline harassment, it's an issue."

The Board of Supervisors actually took a stand on this one, on the side of the cops.



### THE NAKED COFFEE GUY CASE

On October 19, 2009, Erick Williamson of Springfield was arrested for drinking coffee in the nude in his kitchen. The idiocy started when the wife of a police officer phoned her husband to complain that she was looking into the victim's house and saw him naked. The arrest, dubbed the Naked Guy case, made international headlines and, once again, the Fairfax Police, made the county look ridiculous in the eyes of the world.  (The first time being the raids on bars to search for drunks, the second being the "this ain't America no more" election day video recording.)

By their own admission, police raided the house, in force, with guns drawn ("just in case we encountered a hostile individual," the officers explained) and with no warrant to enter the property, where they found the culprit asleep...with his pants on. After they pulled him outside onto his lawn, a cop asked Williamson if he could take his picture. Williamson said no. The cop took the picture anyway and showed it to the

woman who had complained, and asked her for positive identification, which they got. They returned to the house and arrested Williamson. It took a jury less than twenty minutes to find Williamson not guilty.



### ....BUT NO LAWS WERE BROKEN

On April 10, 1990, ten members of the police department's "jump-out team" including two supervisors came to work at midnight. They were armed and dressed in the team's full uniform of dark military-type fatigues. They drove together to a Leesburg apartment building, outside the jurisdiction of the department, to deliver a "strong message" to a man who had threatened the wife of a cop. Believe it or not, the Fairfax police spokesman Warren Carmichael said that no laws were broken and, he added, no force was used by the officers that night. The Board of Supervisors said and did nothing.



### I'M A GOVERNMENT WORKER, I DON'T TOLERATE COMPETITION SO I'LL HAVE YOU ARRESTED

In October of 1998, Lt. Larry A. Jackson was "retired" from the police force. Later, Jackson had two community volunteers Melvin and Susan Entwisle, arrested when they tried to start a Little League in competition with the one he headed. Jackson had the couple arrested for trespassing on school grounds after they tried to recruit players for their new baseball league. The couple filed a $ 150,000 lawsuit against the police department, alleging that Jackson abused his authority as an officer to support his position in the Bucknell Little League. The taxpayers picked up the bill.



### Y'All IN DIXIE NOW, BOY

The Fairfax County Police and the Black Population